BROADRIVER, INC. *v.* THE CITY OF STAMFORD ET AL.

The motion by the plaintiff for a review of the denial by the Superior Court of the plaintiff's motion for a stay in the appeal from the Superior Court in Fairfield County at Stamford is dismissed.

*Julius B. Kuriansky,* in support of the motion.

*Bernard Glazer,* in opposition.

Submitted November 13—decided November 29, 1967

WILLIAM E. HOBLITZELLE, 3d, ET AL. *v.* ROGER J. FRECHETTE ET AL.

The plaintiffs in the above-entitled reservation from the Superior Court in New Haven County having filed a motion to dispense with the printing of briefs, to permit the filing of photocopies of the record, and to assign the case for oral argument as soon as possible in the Supreme Court, it is ordered that the motion be argued on December 8, 1967, at 10 a.m. in the Supreme Court courtroom in Hartford, Connecticut, and it is further ordered that notice of the foregoing assignment be given by the moving parties to all other interested parties.

Decided November 29, 1967